### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Jeffrey Duncan, individually and on behalf of all others similarly situated,<br>    Plaintiff, | )<br>)<br>)<br>) | **Acknowledged**<br>TWP<br>January 17, 2018 |
| v. | )<br>) | No. 1:17-cv-2202-TWP-TAB |
| Optio Solutions, LLC, a Delaware limited liability company, d/b/a Qualia Collection Services,<br>    Defendant. | )<br>)<br>)<br>)<br>) | |

### STIPULATION OF DISMISSAL

The parties having reached a settlement of Plaintiff's individual claims with the Defendant, hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice, and dismissal of the claims of the putative class members without prejudice.

Dated: January 16, 2018

| One of Plaintiff's Attorneys | One of Defendant's Attorneys |
|---|---|
| /s/ David J. Philipps | /s/ Brandon S. Stein |
| David J. Philipps (Ill. Bar No. 06196285)<br>Mary E. Philipps (Ill. Bar No. 06197113)<br>Philipps & Philipps, Ltd.<br>9760 S. Roberts Road, Suite One<br>Palos Hills, Illinois 60465 | Brandon S. Stein (Ill. Bar No. 06321565)<br>Hinshaw & Culbertson, LLP<br>222 North LaSalle Street<br>Suite 300<br>Chicago, Illinois 60601 |

The foregoing stipulation is hereby approved and Plaintiff's individual claims are hereby dismissed with prejudice and those of the putative class members are dismissed without prejudice.

Dated: _____ \_\_, 2018

                              ENTERED:

                              _____
                              Judge, United States District Court

## **CERTIFICATE OF SERVICE**

       I hereby certify that on January 16, 2018 a copy of the foregoing **Stipulation of Dismissal** was filed electronically**.**  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.

| | |
|---|---|
| David M. Schultz | dschultz@hinshawlaw.com |
| Brandon S. Stein | bstein@hinshawlaw.com |
| Hinshaw & Culbertson, LLP | |
| 222 N. LaSalle Street | |
| Suite 300 | |
| Chicago, Illinois 60601 | |

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com